IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TARA DORSEY** | : | Civil No. 1:16-cv-0588 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## O R D E R

AND NOW, this 4th day of January, 2017, **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation of the Magistrate Judge is adopted. (Doc. 51.)

2) Defendants' motions to dismiss, converted into motions for summary judgment, are **GRANTED**. (Docs. 9, 16, and 40.)

3) This action is **DISMISSED** as time-barred under the statute of limitations.

4) The clerk of court shall close this file.

                                                s/Sylvia Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge